**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re: Filing of Documents that Exceed    Case No. 2:16-cv-235-FtM-29MRM
Twenty-Five Pages
_____/

# STANDING ORDER

In order to facilitate the Court's review of certain documents, the judges of the Fort Myers Division agree that parties should submit to Chambers a courtesy copy of any document filed electronically in the Fort Myers Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby **ORDERED:**

1. A party who electronically files a document exceeding **twenty-five (25) pages** (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in **paper** format to the assigned judge's chambers.

2. In order to implement this requirement, the Clerk of the Court is directed to file this Standing Order in every new civil case filed in the Fort Myers Division until further Order.

3. This Standing Order is not applicable to criminal cases.

**DONE AND ORDERED** at Fort Myers, Florida, this 30th day of March, 2016.

| | |
|---|---|
| <u>    SHERI POLSTER CHAPPELL    </u><br>Sheri Polster Chappell<br>United States District Court Judge | <u>    JOHN E. STEELE    </u><br>John E. Steele<br>Senior United States District Court Judge |
| <u>    CAROL MIRANDO    </u><br>Carol Mirando<br>United States Magistrate Judge | <u>    MAC R. MCCOY    </u><br>Mac R. McCoy<br>United States Magistrate Judge |
| <u>    DOUGLAS N. FRAZIER    </u><br>Douglas N. Frazier<br>United States Magistrate Judge | |