UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHAN H. SLIWA, individually and on
behalf of all others similarly situated

    Plaintiff,

v.                          Case No:  2:16-cv-235-FtM-29MRM

BRIGHT HOUSE NETWORKS, LLC and
ADVANCED TELESOLUTIONS, INC.,

    Defendants.
_____/

## ORDER

Pending before the Court is the Unopposed Motion for Pro Hac Vice Admission (Doc. 52) filed on February 13, 2017.  Abigail Stecker Romero requests that she be permitted to appear specially for Defendant, Bright House Networks, LLC.  The Court will allow Abigail Stecker Romero to appear specially.

**IT IS HEREBY ORDERED:**

1) The Unopposed Motion for Pro Hac Vice Admission (Doc. 52) is hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Abigail Stecker Romero shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.[1]

3) The Clerk is directed to add Abigail Stecker Romero to the service list.

---

[1] In the Motion, Ms. Romero indicates she will pay the "required $10.00 fee to the Clerk of Court" for special admission.  (Doc. 52 at ¶ 4).  Under the present fee schedule found on the website for the Middle District of Florida, the fee for special admission is $150.00.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on February 13, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties