UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHAN H. SLIWA, individually and on
behalf of all others similarly situated

    Plaintiff,

v.                                    Case No:   2:16-cv-235-FtM-29MRM

BRIGHT HOUSE NETWORKS, LLC and
ADVANCED TELESOLUTIONS, INC.,

    Defendants.
_____/

## ORDER

Pending before the Court is Motion to Appear *Pro Hac Vice* (Doc. 58) filed on March 2, 2017.  Donald L. Sawyer requests that he be permitted to appear specially for Plaintiff, Stephan H. Sliwa.  The Court will allow Donald L. Sawyer to appear specially.

**IT IS HEREBY ORDERED:**

1)     The Motion to Appear *Pro Hac Vice* (Doc. 58) is hereby **GRANTED**.

2)     Unless already completed, within fourteen (14) days from the date of this Order, Attorney Donald L. Sawyer shall send to the Clerk's Office the required application fee.

3)     The Clerk is directed to add Donald L. Sawyer to the service list.

4)     Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on March 2, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties