UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHAN H. SLIWA, individually and on
behalf of all others similarly situated

    Plaintiff,

v.                                         Case No:   2:16-cv-235-FtM-29MRM

BRIGHT HOUSE NETWORKS, LLC and
ADVANCED TELESOLUTIONS, INC.,

    Defendants.
_____/

**ORDER**

Pending before the Court is Unopposed Motion to Admit Counsel *Pro Hac Vice* on Behalf of Advanced Telesolutions, Inc. and Request to Receive Notices of Electronic Filing (Doc. 78) filed on June 30, 2017.  Justin Penn requests that he be permitted to appear specially for Defendant Advanced Telesolutions, Inc.  The Court will allow Justin Penn to appear specially.

    **IT IS HEREBY ORDERED:**

    1)    The Unopposed Motion to Admit Counsel *Pro Hac Vice* on Behalf of Advanced Telesolutions, Inc. and Request to Receive Notices of Electronic Filing (Doc. 78) is hereby **GRANTED**.

    2)    Unless already completed, within fourteen (14) days from the date of this Order, Attorney Justin Penn shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.

    3)    The Clerk is directed to add Justin Penn to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on June 30, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties