IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MEYERS DIVISION

| | |
|---|---|
| STEPHAN H. SLIWA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC and ADVANCED TELESOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:16-cv-00235-JES-MRM |

**JOINT STATUS REPORT REGARDING MEDIATION**

In accordance with the Court's December 7, 2017 order directing the parties "to advise the Court as to the status of mediation" (D.E. 117), the parties submit the following report:

1.   On November 29, 2017, the parties attended a mediation session with Mediator Jay M. Cohen.

2.   The mediation resulted in an impasse.

Dated: December 12, 2017

*/s/ Keith J. Keogh* (with permission)
Keith J. Keogh, Esq.
Florida Bar No. 0126335
Keith@KeoghLaw.com
KEOGH LAW, LTD.
55 W. Monroe St., Ste. 3390
Chicago, Il 60603
Tel: 312.726.1092
Fax: 312.726.1093

William Peerce Howard (FBN 0103330)
Amanda J. Allen (FBN 0098226)
The Consumer
Protection Firm
210-A South MacDill Ave.
Tampa, Florida 33609

*/s/ Ryan D. Watstein*
Ryan D. Watstein, Esq.
Florida Bar No. 93945
rwatstein@kcozlaw.com
Nathan D. Chapman
Florida Bar No. 028873
nchapman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (470) 447-0600
Fax: (470) 447-0615

*Attorneys for Defendant Bright House Networks, LLC*

1

2

(813) 500-1500
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com

*Attorneys for Plaintiff Stephan H. Sliwa*

*/s/ Ruel W. Smith* (with permission)
Ruel W. Smith
Florida Bar No. 36548
rsmith@hinshawlaw.com
Andrew J. J. Collinson
Florida Bar No. 0055552
acollinson@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive Suite 500
Tampa, FL 33602
Tel: 813-276-1662

*Attorneys for Defendant Advanced Telesolutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, a true and correct copy of the foregoing document was served to all attorneys of record via email via the CM/ECF system.

*/s/ Ryan D. Watstein*
Ryan D. Watstein