IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| STEPHAN H. SLIWA,<br>on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>  v.<br><br>BRIGHT HOUSE NETWORKS, LLC and ADVANCED TELESOLUTIONS, INC.,<br><br>           Defendants. | Case No. 2:16-cv-00235-JES-MRM |

### DECLARATION OF RYAN D. WATSTEIN IN SUPPORT OF DEFENDANT BRIGHT HOUSE NETWORKS LLC'S MOTION FOR SETTLEMENT CONFERENCE

The undersigned hereby declares as follows:

  1.  My name is Ryan D. Watstein. I am over the age of 18, and I am competent to make this declaration. I am a partner at the law firm of Kabat Chapman & Ozmer LLP and I am counsel of record for Bright House Networks LLC ("BHN") in the above-referenced action. My Florida Bar Number is 93945.

  2.  I have personal knowledge of the matters set forth herein. If called as a witness, I could and would competently testify thereto.

  3.  On August 28, 2017, BHN sent Plaintiff's counsel a letter offering (the "Settlement Letter") to settle his individual claims against Defendants. A true and correct redacted copy of the Settlement Letter is attached hereto as **Exhibit A**.

4. I sent the Settlement Letter to Plaintiff's counsel at 8:08 p.m. on August 28, 2017 and Plaintiff's counsel rejected the offer conveyed therein at 9:49 a.m. on August 29, 2017 without a counter. Plaintiff's counsel noted Plaintiff was only interested in a class settlement.

5. On April 25, 2018, I asked Plaintiff's counsel, in person, whether Plaintiff would reconsider individual settlement, and asked whether he would attend a settlement conference in light of the D.C. Circuit's decision in *ACA International v. Federal Communications Commission*, 885 F.3d 687, 692 (D.C. Cir. 2018), and *Tillman v. Ally Financial*, No. 2:16-CV-313-FTM-99CM, 2017 WL 7194275, at *1 (M.D. Fla. Sept. 29, 2017), *reconsideration denied*, No. 2-16-CV-313-FTM-99CM, 2017 WL 8314651 (M.D. Fla. Nov. 20, 2017). Plaintiff's counsel rejected both requests on the spot, without first speaking with Plaintiff.

6. Attached hereto as **Exhibit B** is a true and correct redacted copy of the Expert Report of Joseph A. Corsmeier, P.A., which BHN produced to Plaintiff's counsel on May 18, 2018.[1]

7. On June 25, 2018, I called Plaintiff's counsel to advise that BHN intended to file a motion for settlement conference in light of counsel's April 25 rejection, and confer with counsel regarding the same. Only after that call and production of the Expert Report did Plaintiff's counsel claim to have discussed BHN's request for a settlement conference with Plaintiff, who then allegedly rejected BHN's request.

---

[1] Exhibit 4 to the Corsmeier Report is the full transcript of the Deposition of Stephan H. Sliwa. For purposes of this Declaration, and to avoid a voluminous filing, only the portions of the transcript that are cited in BHN's Motion have been included. Though Plaintiff's counsel did not mark anything but Plaintiff's SSN confidential in the transcript, BHN has redacted the filed portions to protect Plaintiff's privacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration and the facts stated in it are is true and correct.

Executed on July 13, 2018 in Atlanta, Georgia.

*/s/ Ryan D. Watstein*
Ryan D. Watstein
