UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHAN H. SLIWA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                           Case No:   2:16-cv-235-FtM-29MRM

BRIGHT HOUSE NETWORKS, LLC and ADVANCED TELESOLUTIONS, INC.,

    Defendants.

**ORDER**

This matter comes before the Court on defendant Bright House Networks, LLC's Motion for Settlement Conference (Doc. #147) filed on July 13, 2018. Plaintiff filed a Response in Opposition (Doc. #150) on August 3, 2018.

Defendant seeks to have the case referred to the United States Magistrate Judge for a settlement conference arguing that class certification "will also be denied in this case" based on the undersigned's denial of class certification in Tillman v. Ally Fin., 2:16-cv-313-FTM-99CM, 2017 WL 7194275 (M.D. Fla. Sept. 29, 2017); and further arguing that plaintiff's deposition testimony establishes that he was not informed of a settlement offer until after counsel rejected it, and other inappropriate actions by

counsel.  The parties attended formal mediation without success, and defendant now seeks to have the Court order a settlement conference to ensure "meaningful settlement discussions."  (Doc. #147, p. 11.)

Plaintiff's counsel disagrees with defendant's assessment, and states that plaintiff has been kept fully informed of litigation and settlement offers.  In support, a Declaration of William "Billy" Peerce Howard (Doc. #150-2) was filed detailing conversations with the client.  Also filed, is an Affidavit of Scott K. Tozian, Esquire (Doc. #150-3) providing a professional opinion with regard to the statements in the Declaration, and counsel's compliance with The Rules Regulating The Florida Bar. A Declaration (Doc. #150-5) by plaintiff himself.  Counsel argues that the impediment to settlement is actually defendant's "categorical refusal to discuss settling on a class basis. . . ." (Doc. #150, p. 16.)

A motion for class certification has not yet been filed, and while there may be several legal issues that will require review, it does not appear that a compelled settlement conference is the appropriate remedy.  Further, a settlement conference is not the appropriate forum to address concerns regarding counsel's compliance with The Rules Regulating The Florida Bar.

Accordingly, it is hereby

**ORDERED:**

Defendant Bright House Networks, LLC's Motion for Settlement Conference (Doc. #147) is **DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this ___7th___ day of August, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record